UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| ERIC C. SUTHERLAND, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 5:24-cv-00002-GFVT |
| v. | ) ) ) | |
| WARDEN DAVID PAUL, | ) ) | **JUDGMENT** |
| Respondent. | ) ) ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1. Petitioner Eric C. Sutherland's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [R. 1] is **DISMISSED** for lack of subject-matter jurisdiction; and

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 9th day of September 2024.

Gregory F. Van Tatenhove
United States District Judge

1